# KELLNER HERLIHY GETTY & FRIEDMAN, LLP

### 470 PARK AVENUE SOUTH, 7th FLOOR

### NEW YORK, NEW YORK 10016

DOUGLAS A. KELLNER
CAROL ANNE HERLIHY
EUGENE F. GETTY
ALAN M. FRIEDMAN
JEANNE-MARIE WILLIAMS
THOMAS VANDENABEELE
CHARLES E. KRAUSCHE II
OLGA V. PETROVSKY

———

DERRICK M.NG
MICHELLE D. BAZINET
JAEMYUNG JAE LEE
MERIELEN DAL RI ZIVIANI°
EDI EBIEFUNG
BRENDAN SULLIVAN
AMAL YENILIEIEVA∝*
JACOB BROOKS*

TELEPHONE: (212) 889-2121
FACSIMILE: (212) 684-6224
tv@khgflaw.com

———

COUNSEL
MICHAEL H. SINGER
ROBERT P. MCGREEVY
HERMAN D. FARRELL III
NADA ABDELSATER λ
DMITRIY BOGORODSKIY φ

° Admitted in Brazil
Λ Admitted in Lebanon
φ Admitted in England and
Wales and the Russian
Federation
* Admission Pending
∝ Qualified in Ukraine

June 15, 2026

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620.
New York, New York 10007

Re: *Cheryl Ann Doran* 26-mc-195 (LJL)

Dear Judge Liman:

I respectfully write on behalf of Applicant to request that Docket Entry No. 12 be permanently sealed, or alternatively removed from public access.

Due to an inadvertent filing error, Docket Entry No. 12 contains an unredacted copy of the decedent's death certificate. Upon discovering the error, I immediately re-filed the identical document in properly redacted form as Docket Entry No. 13 and contacted the ECF Help Desk to request that Docket Entry No. 12 be deleted or sealed.

The inclusion of the unredacted document was entirely inadvertent. There is no public interest in disclosure of the unredacted personal identifying information contained in the death certificate, and the filing was not intended to place that information on the public docket. The publicly available, properly redacted version at Docket Entry No. 13 fully serves any legitimate public interest in the record.

Accordingly, Applicant respectfully requests that the Court order Docket Entry No. 12 permanently sealed (or otherwise removed from public access) while leaving Docket Entry No. 13 as the publicly accessible version of the filing.

1

Thank you for the Court's consideration of this request.

Respectfully submitted,

Thomas Vandenabeele

The request is GRANTED.  The Clerk of Court is respectfully directed to maintain Dkt. No. 12 under seal.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

June 15, 2026

2